UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

APR 2 3 2013

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Christian Del Rosario,            )
                                  )
        Plaintiff,                )
                                  )
        v.                        )        Civil Action No.    13-534
                                  )
Eric H. Holder,                   )
                                  )
        Defendant.                )

MEMORANDUM OPINION

This matter is before the Court on review of the plaintiff's *pro se* Complaint for

Declaratory and Injunctive Relief and application to proceed *in forma pauperis*. The application

will be granted and the complaint will be dismissed pursuant to 28 U.S.C. § 1915A (requiring

dismissal of a prisoner's complaint upon a determination that the complaint fails to state a claim

upon which relief can be granted).

The plaintiff is a prisoner at the Federal Correctional Institution in Otisville, New York.

He challenges the constitutionality of the federal law under which he was sentenced and seeks a

declaration that the law is unconstitutional and an order compelling his release. Compl. at 1, 14.

"[I]t is well-settled that a [person] seeking relief from his conviction or sentence may not bring

[actions for injunctive and declaratory relief]." *Williams v. Hill*, 74 F.3d 1339, 1340 (D.C. Cir.

1996) (per curiam) (citations omitted). Plaintiff's recourse lies, if at all, in proceedings

authorized by 28 U.S.C. § 2255. *See Taylor v. U.S. Bd. of Parole*, 194 F.2d 882, 883 (D.C. Cir.

1952) (stating that a motion to vacate under 28 U.S.C. § 2255 is the proper vehicle for

challenging the constitutionality of a statute under which a defendant is convicted); *Ojo v. I.N.S.*,

106 F.3d 680, 683 (5th Cir. 1997) (explaining that the sentencing court is the only court with

1

jurisdiction to hear a defendant's complaint regarding errors that occurred before or during sentencing). Hence, this case will be dismissed. A separate order accompanies this Memorandum Opinion.

Date: April ___, 2013

United States District Judge